ADENA ESTATE INC.
PO Box 1075
JTC House 28 Esplanade JE4 2QP
St Helier, Jersey,

Advarra, Inc.
6100 Merriweather Drive
Suite 600
Columbia, MD 21044

AGx11

Airgas, Inc.
259 North Radnor-Chester Road
Suite 100
Radnor, PA 19087-5283

Alexandria Real Estate Equities, Inc.
26 N. Euclid Ave.
Pasadena, CA 91101

Amanda Birdsey - Benson

AML Central Lab Services
37 Havatzelet Hasharon St.
Herzliya Pituach, Israel,  46641

Approved Storage & Waste Hauling II, Inc.
110 Edison Ave.
Mt. Vernon, NY 10550

ARGOT Partners
767 3rd Avenue
34th Floor
New York, NY 10017

Augmentium Pharma Consulting Inc.
445 Danforth Ave., Suite 448
Toronto, ON
M4K 1N2, Canada,

Aviva Fridman
15 Levi Eshkol St
Yehud 56253, Israel

Axxiem Corp.
50 North Broadway, #374
Tarrytown, NY 10591

Berringer Consulting
612 E. Woodlawn Avenue
Suite 200
Maple Shade, NJ 08052

BRI Biopharmaceutical Research
8898 Heather St., Suite 101
Vancouver, BC
V6P 3S8 Canada,

Brian Stoddart
Wilmington, NC 28412

Catalent - St. Pete
2725 Scherer Dr.
Saint Petersburg, FL 33716

CBIZ Accounting, Tax and Advisory of New York
1065 Avenue of the Americas
11th Floor
New York, NY 10018

Cell Signaling Technology
3 Trask Lane
Danvers, MA 01923

Centro Medico
Via Giuseppe Verdi
Viadana, Lombardy
46019, Italy,

Chris Thorn
46 Montclair Avenue
Montclair, NJ 07042

Christina Ramirez

Cision US Inc.
300 S Riverside Plaza
Suite 300
Chicago, IL 60606-6613

Cogency Global
122 E. 42ND ST., 18TH FLOOR
New York, NY 10168

Concur Technologies, Inc.
601 108th Ave NE
Suite 1000
Bellevue, WA 98004

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Division of Revenue
State of Delaware
820 N. French Street
Wilmington, DE 19801

Elsevier B.V.
230 Park Avenue, 7th floor
New York, NY 10169

Epilepsy Foundation
3540 Crain Highway
Suite 675
Bowie, MD 20716

EPISTEM LTD.
48 Grafton St.
Manchester
M13 9XX, United Kingdom,

Eurofins-USA
2425 New Holland Pike
Lancaster, PA 17601

Experic LLC
2 Clark Drive
Cranbury, NJ 08512

Fast Four BV
1 Evert Van De Beekstraat
Schiphol
1118CL, Netherlands,

Felison Assuradeuren B.V.
Zadelmakerstraat 140 1991 JE
Velserbroek
Netherlands,

felixx
Kratonkade 11
3024 ES Rotterdam

Fisher Scientific Company
13551 Collections Center Drive
Chicago, IL 60693

Fox Rothschild LLC
2000 Market Street
20th Floor
Philadelphia, PA 19103

Francois Maisonrouge

Frontage Laboratories, Inc.
700 Pennsylvania Dr.
Exton, PA 19341

Grant Thornton Accountants en Adviseurs B.V.
Van Vollenhovenstraat 3 Rotterdam
3016BE Netherlands

Histowiz Inc.
30-02 48th Ave.
Suite 110
Long Island City, NY 11101

Idaho Comprehensive Epilepsy Center
1501 W Hays St.
Boise, ID 83702

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

JWK Services Inc.
4699 Stewart Rd.
Sterling, MI 48659

KETTY PUCCI-SISTI MAISONROUGE
907 Fifth Avenue
New York, NY 10021

KFMG LLC
PO Box 41143
Des Moines, IA 50311

KMLZ Rechtsanwaltsgesellschaft mbH
Unterer Anger 3
80331 Munich,

KPMG
345 Park Avenue
New York, NY 10154

laMont Data Protection
3a Westpoint 39-40 Warple Way
London W3 0RG

Life Technologies Corporation
5791 Van Allen Way
Carlsbad, CA 92008

Lotus Clinical Research LLC
430 Mountain Ave #302
New Providence, NJ 07974

Marken
145-43 226th St.
Springfield Gardens, NY 11413

McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL 60606-0029

Medicilon Preclinical Research (Shanghai) LLC
No.585 Chuanda Road
Pudong New Area, Shanghai

Medidata Solutions Inc.
350 Hudson Street
New York, NY 10014

Medpace Inc.
Attn: Clinical Operations Site Payments
5375 Medpace Way
Cincinnati, OH 45227

Merative US L.P
100 Phoenix Drive
Ann Arbor, MI 48108

New York Blood Center
310 E 67th St
New York, NY 10065

New York Medical College
40 Sunshine Cottage Rd
Valhalla, NY 10595

New York State Department Tax and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYU School of Medicine
145 E 32nd St
New York, NY 10016

Oracle America Inc.
2300 Oracle Way
Austin, TX 78741

PBL Assay Science
131 W Ethel Rd W #6
Piscataway, NJ 08854

Peter M. Simon

Peter Tu
13 Hilltown Court
Plainsboro, NJ 08536

Pharmaffiliates Inc.
2 County Court Blvd, Suite 400
Brampton
Ontario,  L6W 3W8

Philip Barach

Plus Projects
Duikers Dedre Ambachtsschool
Zwaardstraat
16 2584 TX,  Den Haag

QACV Consulting, LLC
601 Rock Creek Rd
Chapel Hill, NC 27514

R&D Systems, Inc.
614 McKinley Place NE
Minneapolis, MN 55413

Ray Welsh/myBPOS Ltd
29 St. Vincent Place, 3rd Floor
Queens House
Glasgow,  G1 2DT

Safety Partners, Inc.
19 Crosby Dr
Bedford, MA 01730

Sharon Byrne

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Soterius, Inc.
5 Independence Way # 300
Princeton, NJ 08540

Stephanie Williams

Steven N. Gordon
300 East 33rd Street
Apartment 14M
New York, NY 10016

Stichting Kempenhaeghe
Sterkselseweg 65, 5591 VE Heeze
Postbus 61, 5590 AB Heeze

Suvoda
181 Washington St #100
Conshohocken, PA 19428

Synaptic Systems GmbH
Rudolf-Wissell-Straße 28a
37079 Göttingen, Germany

Synteract
333 US-46 #203
Mountain Lakes, NJ 07046

Talia J. Barach Irrevocable Trust

TD Bank
2035 Limestone Rd
Wilmington, DE 19808

Techincal Safety Services
197 NJ-18 Suite 3000
East Brunswick, NJ 08816

Tel Aviv Sourasky Medical Center
Weizmann St 6
Tel Aviv-Yafo, Israel

TGI Life Sciences Limited
Office 117/118 - Regus Churchill Court
3 Manor Royal
Crawley, West Sussex,  RH10 9LU

The Delaware Department of State
Division of Corporations
PO Box 898
Dover, DE 19903

The Epilepsy Consortium
12030 Sunrise Valley Dr
Ste 450
Reston, VA 20191-3400

THIRD POINT OPPORTUNITIES MASTER FUND LP
55 Hudson Yards
New York, NY 10001

THIRD POINT VENTURE FUND I LP
2180 Sand Hill Road
Suite 210
Menlo Park, CA 94025

THIRD POINT VENTURE INVESTING ENTITY I LP
2180 Sand Hill Road
Suite 210
Menlo Park, CA 94025

THIRD POINT VENTURES LLC As nominee for funds
2180 Sand Hill Road
Suite 210
Menlo Park, CA 94025

Transcom Global Ltd.
15 Yosef Karo St.
Tel Aviv 6120401
ISRAEL,

Trialog Clinical Trials Ltd.
55 Hamaayan MODIIN-MACCABIM-REUT
7178499 Israel

University of Michigan
1000 Victors Way
Suite 1A
Ann Arbor, MI 48108-2744

Unsworth & Associates
Herengracht 540
1017 CG
Amsterdam, Netherlands,

Verizon
1095 Avenue of the Americas
New York, NY 10036

VWR Funding Inc.
100 W Matsonford Rd
Ste 1
Radnor, PA 19087-4565


Williams Marston


Zhejiang Capsulcn IMP & EXP CO.LTD
1888, Building 2, Zhongrun Plaza, Luoyan
Ruian city, Wenzhou City
Zhejiang Province, China,

United States Bankruptcy Court

Southern District of New York

In re:  Equilibre Biopharmaceuticals Corp.

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____12/29/2023_____

/s/ Steven N. Gordon
_____
Signature of Individual signing on behalf of debtor

pro tempore bankruptcy filing officer
_____
Position or relationship to debtor