| | |
|---|---|
| **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Telephone: (212) 972-3000<br>Facsimile: (212) 972-2245<br>Fred Stevens<br>Lauren C. Kiss<br><br>*Proposed Counsel to Gregory M. Messer,*<br>  *Chapter 7 Trustee* | **Presentment Date: January 26, 2024**<br>                  **at 10:00 a.m. (EST)**<br><br>**Objection Deadline: January 25, 2024**<br>                   **at 5:00 p.m. (EST)** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                                          :
                                                                                    :          Chapter 7
EQUILIBRE BIOPHARMACEUTICALS CORP.,     :
                                                                                    :          Case No. 23-12099 (PB)
                                              Debtor.                    :
----------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF ORDER AUTHORIZING RETENTION OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO JANUARY 5, 2024**

**PLEASE TAKE NOTICE** that upon the application, dated January 9, 2024 (the "Application"), of Gregory M. Messer (the "Trustee"), as chapter 7 trustee of the estate of John Wickliffe Waller, III, the above-captioned debtor (the "Debtor"), seeking an order, pursuant to 11 U.S.C. §327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, granting the Trustee authority to retain Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") as his general counsel, *nunc pro tunc* to January 5, 2024, the undersigned will present the proposed order attached as Exhibit A to the Application (the "Order") on the **26th day of January 2024, at 10:00 a.m. (EST)** (the "Presentment Date"), to the Honorable Philip Bentley, United States Bankruptcy Judge, in chambers, United States Bankruptcy Court, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Order shall be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on a compact disc, in text searchable Portable Document Format (PDF) (with a hard copy delivered directly to the Chambers of the Honorable Philip Bentley, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-399 or other form upon: (i) Gregory M. Messer, Trustee c/o Law Offices of Gregory M. Messer, 26 Court Street, Suite 2400, Brooklyn, New York 11242; (ii) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Fred Stevens; and (iii) Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004, Attn: Shannon Scott, so as to be actually received no later than **January 25, 2024 at 5:00 p.m. (EST)**. Unless timely objections are filed, the Order may be signed without a hearing.

[*Continued on Next Page*]

**PLEASE TAKE FURTHER NOTICE** that if timely objections are filed and served, or if the Court so directs, a hearing will be held before the Honorable Philip Bentley, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct.

Dated:  New York, New York
        January 9, 2024

                                 **KLESTADT WINTERS JURELLER
        SOUTHARD & STEVENS, LLP**

By:  */s/ Fred Stevens*
      Fred Stevens
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245

      *Proposed Counsel to Gregory M. Messer,
        Chapter 7 Trustee*